IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID W. MAYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 1:09-CV-1018 |
| GOLDEN RULE INSURANCE | § | |
| COMPANY and UNITED HEALTHCARE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION FOR PROTECTIVE ORDER

Plaintiff and Defendants file this Motion for Agreed Protective Order, and state:

I.

This dispute involves the rescission of a health insurance policy.  The parties anticipate that numerous documents central to this dispute will contain personal and medical information of Plaintiff, as well as (among other things) proprietary underwriting guidelines of Defendant. Accordingly, the parties seek a protective order to protect their confidential information and to facilitate discovery in this case, as set forth in the attached Agreed Protective Order.

II.

For the foregoing reasons, the parties respectfully request the Court enter the attached proposed Agreed Protective Order.

Respectfully submitted,


By: /s/ Jonathan C. Juhan
       Jonathan C. Juhan
       State Bar No. 11047225

Attorney at Law
985 I-10 N
Suite 100
Beaumont, Texas 77706
(409) 832-8877
(409) 924-8880 (FAX)

ATTORNEYS FOR PLAINTIFF



By: /s/ Raymond E. Walker
       Andrew G. Jubinsky
       State Bar No. 11043000
       andy.jubinsky@figdav.com
       Raymond E. Walker
       State Bar No. 24037663
       raymond.walker@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANTS