IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DAVID W. MAYER,<br><br>　　Plaintiff,<br><br>v.<br><br>GOLDEN RULE INSURANCE<br>COMPANY and UNITED HEALTHCARE<br>INSURANCE COMPANY,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　C.A. NO. 1:09-CV-1018<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT'S MOTION TO COMPEL

Defendants move to compel discovery from Plaintiff and state:

### I. INTRODUCTION

This lawsuit centers on Plaintiff's claim for medical benefits under a health insurance policy. Defendant Golden Rule Insurance Company rescinded the policy after it discovered the application for insurance omitted material medical history. Plaintiff filed this suit against Defendants on November 24, 2009, which Defendants removed to this Court. The discovery deadline is November 1, 2010.

### II. THE DISCOVERY

On March 18, 2010, Defendants served their request for production of documents ("Requests") and their first set of interrogatories ("Interrogatories") on Plaintiff. True and correct copies of the Requests and Interrogatories, as well as the March 18, 2010 transmittal letter, are attached collectively as Exhibit A.

### III.  THE MOTION

Defendants have not received any answers to the Interrogatories or responses to the Requests.  Defendants therefore move to compel Plaintiff to (1) answer the Interrogatories and (2) respond to the Requests and produce all responsive documents.

Pursuant to FED. R. CIV. P. 34, Plaintiff's answers and responses to the Interrogatories and Requests were due by April 10, 2010.  Defendants transmitted the discovery by certified mail, return receipt request and sent follow-up correspondence to Plaintiff's counsel on June 16, 2010.

Despite repeated assurances that Plaintiff's responses and answers would be forthcoming, none have materialized.  *See* Ex. B.

Among other things, Defendants need Plaintiff's responses before conducting certain nonparty discovery.  For example, Defendants need Plaintiff to identify his medical providers before they can obtain necessary medical records and then take Plaintiff's deposition.  Defendants cannot adequately prepare a defense to Plaintiff's claims within the deadlines set by the Court without the requested discovery and any additional discovery prompted by the responses.  Defendants therefore move the Court to order Plaintiff to answer the Interrogatories and respond to the Requests, without objection.

### IV.  RELIEF REQUESTED

Defendants request that the Court order Plaintiff, within ten (10) days of the order granting this motion, to:

    (1)    respond to the Requests, without asserting objections, which are waived, and produce responsive documents; and

    (2)    answer the Interrogatories without asserting objections, which are waived.

Respectfully submitted,

By: s/ Raymond E. Walker
    Andrew G. Jubinsky
    State Bar No. 11043000
    Raymond E. Walker
    State Bar No. 24037663

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with counsel for Plaintiffs regarding the Motion to Compel and Plaintiffs have not responded.

s/ Raymond E. Walker
Raymond E. Walker

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing document has been served via facsimile to Jonathan C. Juhan, Attorney at Law, 985 I-10 N, Suite 100, Beaumont, Texas 77706, on the 23rd day of July, 2010.

s/ Raymond E. Walker
Raymond E. Walker